<u>**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT
AND ARREST WARRANT**</u>

I, James V. Richardson, a Special Agent (SA) with Homeland Security Investigations, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.  I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") since 2009, and am currently assigned to the office of the Resident Agent in Charge (RAC), Providence, RI. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center in Brunswick, GA, and as a member of the Rhode Island Internet Crimes Against Children (ICAC) Task Force conducting these types of investigations. I have investigated child pornography cases and related sexual offenses on a full-time basis since approximately January 2010. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have conducted and assisted in conducting numerous investigations into the violation of both state and federal laws relating to the possession, receipt, transportation, distribution, and production of child pornography and obscene visual representations of the sexual abuse of children over the Internet. I have reviewed hundreds of images and videos of actual and suspected child pornography, child

erotica, and obscene visual representations of the sexual abuse of children. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2252 and 2252A, and I am authorized by law to request a search warrant.

2. This affidavit is submitted in support of an application for a criminal complaint charging PATRICK K. NEWTON, (D.O.B. xx/xx/1995) ("NEWTON") with distributing child pornography in violation of 18 U.S.C. § 2252(a)(2) and possessing and accessing with intent to view child pornography in violation of 18 U.S.C. § 2252(a)(4).

3. On March 25, 2022, I applied for a search warrant to search NEWTON, the premises at 91 Boardman Avenue, Cumberland, RI 02864, and the content of any electronic media storage devices. I submitted an affidavit in support of the search warrant application. That affidavit is attached to this affidavit as Exhibit A and incorporated by reference and restated herein for purposes of this affidavit.

4. On March 30, 2022, the 91 Boardman Avenue search warrant was executed by myself and other members of HSI and ICAC. The residence was occupied by Craig Newton (DOB XX/XX/1965), Christine Newton (DOB XX/XX/1970) and Patrick NEWTON.

5. NEWTON was advised of his Miranda rights. NEWTON signed the advice of rights form and agreed to voluntarily speak with Rhode Island State Police (RISP) Detective Anthony Washington and me. NEWTON then proceeded to state, among other things the following:

Case 1:22-cr-00099-MSM-LDA   Document 1-1   Filed 03/30/22   Page 3 of 5 PageID #: 4

- NEWTON stated that he has multiple email accounts. NEWTON admitted to owning the thesano@yahoo.com email account associated with the Kik account referenced in Exhibit A.

- NEWTON admitted to owning the Kik account "kelrisagrorasonn" (KELRISAGRORASONN) further described in Exhibit A, and below.

- NEWTON admitted to possessing, receiving, and distributing child pornography.

- NEWTON stated that he has been viewing child pornography since his junior year of high school (approximately 10 years ago).

- NEWTON stated that he finds child pornography through the Kik and Tumblr applications.

- NEWTON stated that the age range of his sexual preference is 15 years of age. (A forensic preview of NEWTON's thumb drive revealed multiple videos of child pornography involving prepubescent females).

6. RISP Forensic Analyst (FA) Robert Cardente conducted an on-scene forensic preview of NEWTON's thumb drive. FA Cardente located approximately 3 videos of child pornography on NEWTON's thumb drive. One such video depicted a nude prepubescent male and three (3) nude prepubescent females engaged in vaginal intercourse.

7. The forensic preview of NEWTON's cell phone resulted in the discovery of additional child pornography. Several items to include two (2) desktop computers, a

laptop computer, three (3) cell phones and a thumb drive were all seized and will be forensically examined at the ICAC forensic lab.

8.   As noted in Exhibit A, in January 2022, I reviewed a report from the National Center for Missing and Exploited Children (NCMEC) regarding a subject possessing and distributing child sexual abuse material (CSAM). The NCMEC received information from Kik regarding Kik user "kelrisagrorasonn" (KELRISAGRORASONN) distributing eleven (11) CSAM files to other Kik users on multiple dates between October and November 2021. I reviewed the CSAM files provided by Kik and confirmed its content to be consistent with the definition of child pornography as defined in 18 U.S.C. § 2256. The following are examples of CSAM files possessed and distributed by Kik user KELRISAGRORASONN:

> **File name:** 6bcb9641-a1cc-4780-b4c7-c109cb35fca6.mp4
>
> **Description:** This video file depicts an adult male penetrating the anus of a prepubescent female.
>
> **File name:** df731735-524d-448f-8f4b-2b0f40627d5e.mp4
>
> **Description:** This video file depicts an adult male rubbing his penis on a prepubescent female's anus and vagina, then ejaculates on the minor female's vagina.

9.   Based on the above, I believe there is probable cause to arrest PATRICK K. NEWTON for knowingly distributing child pornography in violation of 18 U.S.C.

2252(a)(2); and possessing and accessing with intent to view child pornography in violation of 18 U.S.C. 2252(a)(4).

James V. Richardson
Special Agent
Homeland Security

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

March 30, 2022

_____
Date

**Providence RI**
~~Narragansett, RI~~
_____
City and State

_____
Judge's signature

Lincoln D. Almond, U.S. Magistrate Judge
Printed name and title